AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>**CHRISTOPHER MITCHELL**<br><br>_Defendant_ | ) Case No. 23-cr-176<br>) Assigned To: Judge Jia M. Cobb<br>) Date Assigned: 5/18/2023<br>) Description: INDICTMENT (B) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   CHRISTOPHER MITCHELL ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year; 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Amphetamine; 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) - Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Marijuana; 21 U.S.C. § 860(a) - Unlawful Possession with Intent to Distribute Amphetmaine Within a 1000 Feet of a School; 21 U.S.C. § 860(a) - Unlawful Possession with Intent to Distribute Marijuana Within a 1000 Feet of a School; 18 U.S.C. § 924(c)(1)(A)(i) - Using, Carrying and Possessing a Firearm During a Drug Trafficking

Date:  05/18/2023

_Issuing officer's signature_

Zia M. Faruqui
2023.05.18 16:32:42 -04'00'

City and state:  Washington, DC       Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  05/19/23 , and the person was arrested on _(date)_  05/19/23
at _(city and state)_  Washington, DC  425 2nd St NW

Date:  05/19/23

_Arresting officer's signature_

Cov?M.Brattain  officer DCMPD
_Printed name and title_